UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          CR 11-59 MJD/FLN

      Plaintiff,

    v.                                                  O R D E R

Hugo Beltran-Aragon,
*aka Hugo Gustavo-Beltran*
*and Gustavo Hugo Beltran-Aragon*

      Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 4, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that:

    Defendant's Motion to Suppress Confessions, Admissions or Statements [#16] is **GRANTED, in part,** and **DENIED, in part,** as follows:

    1.    With respect to Defendant's statements of June 8, 2010 and July 22, 2010 the motion is **GRANTED**.

    2.    With respect to Defendant's statement of February 7, 2011 the motion is **DENIED**.

    Defendant's Motion to Suppress Evidence Obtained Through Illegal Search[#17] is **DENIED as moot**.

DATED: September 4, 2012                s/Michael J. Davis
at Minneapolis, Minnesota                CHIEF JUDGE MICHAEL J. DAVIS
                                 United States District Court